IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLINE S. BARNETT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-00831-DII |
| JOSEPH CHACON, *Chief of Police*; DELIA GARZA, *County Prosecutor*; ANDY BROWN, *Executive Chief Judge*; KIRK WATSON, *City of Austin Mayor*; SYLVESTER TURNER, *Mayor of Houston*; FAMILY OF CRYSTAL RAMIREZ; MADAM RUTH ANN LNU; AMY STARNES, *Director of Public Affairs*; BLAKE HAWTHORNE, *Clerk of the Supreme Court of Texas*; THE HULL FIRM; JESUS GARZA, *City Manager*; JOSE GARZA, *District Prosecutor*; HEB CORPORATE MANAGEMENT GROUP JOE WEEDEN; and ANDERSON MERCHANDISERS, LLC, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin M. Howell concerning Plaintiff Caroline S. Barnett's ("Barnett") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 11). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on August 1, 2023. (*Id.*). As of the date of this order, Barnett has filed over fifty separate motions, (*see* Dkts. 6–12, 14–22, 24–67), which the court will construe as objections to the report and recommendation.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b).

1

Because Barnett timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Barnett's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 11), is **ADOPTED**. Barnett's complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Barnett via certified mail.

**SIGNED** on August 17, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE